# Court of Appeals
# of the State of Georgia

ATLANTA,   July 03, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0431. THOMAS G. DEAN v. REGENCY SQUARE APARTMENTS AND TOVOLLI II, LLC.

Thomas G. Dean, plaintiff in the case below, has filed an application to appeal from the trial court's May 17, 2012, order. In that order, the court granted summary judgment to the defendant.

Pursuant to OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *Whiddon v. Stargell*, 192 Ga. App. 826, 828 (386 SE2d 884) (1989). Therefore, the order in this case is subject to direct appeal.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Dean shall have ten days from the date of this order to file a notice of appeal with the trial court. If Dean has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/03/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*